JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
LISBET VICTORIO-BALLINAS


          IN THE UNITED STATES DISTRICT COURT FOR THE

                  EASTERN DISTRICT OF CALIFORNIA


                          *  *  *  *  *


UNITED STATES OF AMERICA,   |    CASE NO. CR-F 06-0126 LJO
                            |
            Plaintiff,      |    STIPULATION AND REQUEST
                            |    TO CONTINUE STATUS CONFERENCE
vs.                         |    AND ORDER
                            |
LISBET VICTORIO-BALLINAS,   |    Date: June 29, 2007
                            |    Time: 9:00 am
            Defendant.      |
_____/


IT IS HEREBY STIPULATED between the parties, through their

respective counsel, that they jointly request continuance of the

status conference, currently set for June 29, 2007, at 9:00 am,

to August 10, 2007, at 9:00 am.

     The request is made due to scheduling conflicts and to

provide for the anticipated resolution of the case.  The parties

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

1  agree that delay resulting from the continuance shall be excluded

2  in the interests of justice, specifically, the need for the

3  period of time set forth herein for effective defense

4  preparation, within the meaning of 18 USC §3161(h)(8)(A), (B).

5  DATED: June 27, 2007                    Respectfully submitted,

6

7                                          /s/ James R. Homola
                                           JAMES R. HOMOLA
                                           Attorney for Defendant
8                                          LISBET VICTORIO-BALLINAS

9                                          /s/ Kevin Rooney
                                           KEVIN ROONEY
10                                         Asst U.S. Attorney
                                           (by permission)

11

12      _____

13                  ORDER CONTINUING HEARING DATE

     IT IS SO ORDERED.  Time is excluded in the interests of justice,
14
     pursuant to 18 USC §3161(h)(8)(A), and (B).  No further
15
     continuances.
16

17

     IT IS SO ORDERED.
18

     **Dated:   June 27, 2007**              /s/ Lawrence J. O'Neill
19                                       UNITED STATES DISTRICT JUDGE

20

21

**James R. Homola**
Attorney at Law
2950 Mariposa St
 Suite 250
Fresno, CA 93721
(559) 441-7111                              2