```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa Street, Ste. 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
LISBET VICTORIO-BALLINAS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F 06-0126 LJO |
| Plaintiff, | STIPULATION AND REQUEST |
| vs. | TO CONTINUE STATUS CONFERENCE AND PROPOSED ORDER |
| LISBET VICTORIO-BALLINAS, | Date: August 10, 2007 |
| Defendant. | Time: 9:00 am |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, that they jointly request continuance of the status conference, currently set for July 27, 2007, at 9:00 am, to September 14, 2007, at 9:00 am.

The request is made to provide for the anticipated resolution of the case, subsequent to the scheduled date for sentencing of

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

the co-defendant.  The parties agree that delay resulting from the continuance shall be excluded in the interests of justice, specifically, the need for the period of time set forth herein for effective preparation, within the meaning of 18 USC §3161.

DATED: July 24, 2007            Respectfully submitted,

<pre>
                                /s/ James R. Homola
                                JAMES R. HOMOLA
                                Attorney for Defendant
                                LISBET VICTORIO-BALLINAS

                                /s/ Kevin Rooney
                                KEVIN ROONEY
                                Asst U.S. Attorney
                                (by permission)
</pre>

_____

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice, pursuant to 18 USC §3161.  Trial date of October 15, 2007 remains firm.

IT IS SO ORDERED.

**Dated:   July 24, 2007**            /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

2