```
McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

**FILED**

FEB 4 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1: 06-CR-00126 LJO |
| ) | |
| Plaintiff, ) | |
| ) | MOTION AND ORDER FOR |
| v. ) | DISMISSAL OF CRIMINAL |
| ) | INDICTMENT |
| LISBET VICTORIO-BALLINAS, ) | |
| ) | |
| Defendant. ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Indictment in this case against **LISBET VICTORIO-BALLINAS only** in the interest of justice.

Dated: 01/31/08                    Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                                   By /s/ Kevin P. Rooney
                                   KEVIN P. ROONEY
                                   Assistant U.S. Attorney

1

cc: US marshal 2/4/08

<u>ORDER</u>

IT IS HEREBY ORDERED that the Indictment against LISBET VICTORIO-BALLINAS (only) be dismissed in the interest of justice, pursuant to motion by the U.S. Attorney.

DATED: Feb 3, 2008

United States District Court Judge
Lawrence J. O'Neill